# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PLATINUM PALM BEACH HOLDINGS LLC,**
Appellant,

v.

**JOHN MCGOWAN, STEPHANIE MCGOWAN, ANNE G. METZGER, RONALD SILVERMAN, MIRIAM SILVERMAN, SEAN BRESNAN, JENNIFER GARRIGUES, DAVID LAMBERT,** as Trustee of the David G. Lambert 2015 Revocable Trust, **WILLIAM J. BRAITHWAITE,** as Trustee of the Cansanmar Trust, **ANNA MARIA BRAITHWAITE,** as Trustee of the Cansanmar Trust, **CHERAL SAUNDERS TURNIPSEED,** as Trustee of the CST Revocable Trusts, and **210 ONONDAGA AVENUE, LLC.**
Appellees.

No. 4D2024-2395

[February 12, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn R. Bell, Judge; L.T. Case No. 502023CA011701XXXXMB.

Gregory R. Elder of the Law Office of Gregory R. Elder, PLLC, Boca Raton, and Nicholas A. Shannin and Carol B. Shannin of Shannin Law Firm, P.A., Orlando, for appellant.

Christopher W. Kammerer of Rabin Kammerer Johnson, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***